IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DYNAPASS IP HOLDINGS LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> JPMORGAN CHASE & CO., et al, § <br> § <br> *Defendants*. § <br> § | Case No. 2:22-CV-00212-JRG-RSP |

## ORDER

PNC Financial Services Group, Inc. and PNC Bank, N.A. previously filed a Motion to Dismiss Plaintiff's First Amended Complaint as to BBVA USA Bancshares, Inc. and BBVA USA for Failure to State a Claim (Dkt. No. 97.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 186) recommending denial of the Motion to Dismiss. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss (Dkt. No. 97) is **DENIED**.

So ORDERED and SIGNED this 15th day of March, 2024.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE